# United States District Court

_____Middle_____ DISTRICT OF _____Alabama_____
Northern Division

SUMMONS IN A CIVIL ACTION

GRADY CLIFFORD SMITH,           )
                                )
    PLAINTIFF,                  )
                                )
                                )    CIVIL ACTION NO.:
VS.                             )
                                )    2:06 CV 745-WKW
                                )
HYUNDAI MOTOR MANUFACTURING     )    JURY DEMAND
ALABAMA, LLC                    )
                                )
    DEFENDANT.                  )

TO:    Hyundai Motor Manufacturing Alabama, LLC
        ATTN: Richard E. Neal
        700 Hyundai Blvd
        Montgomery, AL 36105


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:
        CYNTHIA FORMAN WILKINSON, ESQ.
        Wilkinson Law Firm, PC
        215 Richard Arrington Jr. Blvd, N.
        Ste 811
        Birmingham, Alabama 35203
        (205) 250-7866

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

_Debra P. Hackett_            8/21/06
Clerk                         Date

By: Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
United States Courthouse
One Church Street
Montgomery, AL 36104