**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 06cv745WKW

Hyundai Motor
Manufacturing AL, LLC
Attn: Richard E. Neal
700 Hyundai Blvd
Montgomery, AL 36105-9622

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [handwritten signature]    ☒ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
LARRY Graham    8-22-06

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0000 9107 5338

102595-02-M-1540

2004    Domestic Return Receipt