IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRADY CLIFFORD SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-cv-745-WKW |
| | ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC | ) ) |
| | ) |
| Defendant. | ) |

## AMENDED UNIFORM SCHEDULING ORDER

It is hereby ORDERED that the Uniform Scheduling Order (Doc. #9) is amended as follows:

**Section 4**.  Motions to amend the pleadings and to add parties shall be filed on or before **December 27, 2006.**

**Section 5**.  Motions for class certification shall be filed on or before **January 11, 2007.** A brief addressing the factors enumerated in Rule 23(a), (b) and (g) of the Federal Rules of Civil Procedure shall be filed with any such motion.

All other dates and deadlines remain the same.

Done this the 18th day of October, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE