## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**Grady Clifford Smith,**

    **Plaintiff,**

**vs.**                                                            **Civil Action No.:**

**Hyundai Motor Manufacturing**                  **2:06-cv-745-WKW-CSC**
**Alabama, LLC,**

    **Defendant.**

## NOTICE OF APPEARANCE BY T. SCOTT KELLY

COMES NOW T. Scott Kelly and gives notice of his appearance as additional counsel of record on behalf of Defendant, Hyundai Motor Manufacturing Alabama, LLC (hereinafter "HMMA" or "Defendant").

        Respectfully submitted,

        s/ T. Scott Kelly
        T. Scott Kelly (ASB-0345-050K)
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        One Federal Place, Suite 1000
        1819 5th Avenue North
        Birmingham, AL 35203-2118
        Telephone: (205) 328-1900
        Facsimile:  (205) 328-6000
        E-mail: Scott.Kelly@odnss.com

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Cynthia Forman Wilkinson, Esq.

s/ T. Scott Kelly
T. Scott Kelly (ASB-0345-050K)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: Scott.Kelly@odnss.com

ATTORNEYS FOR DEFENDANT