## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 14, 2006

## NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Smith v. Hyundai Motor Manufacturing Alabama, LLC**

**Case Number:    2:06cv00745-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.    Reference is made to document # 11   filed on    November 13, 2006.**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Grady Clifford Smith,

      Plaintiff,

vs.                                                          Civil Action No.:

Hyundai Motor Manufacturing                 2:06-cv-745-WKW-CSC
Alabama, LLC,

      Defendant.

_____

## NOTICE OF APPEARANCE BY T. SCOTT KELLY

      COMES NOW T. Scott Kelly and gives notice of his appearance as additional counsel of

record on behalf of Defendant, Hyundai Motor Manufacturing Alabama, LLC (hereinafter "HMMA"

or "Defendant").

          Respectfully submitted,

          s/ T. Scott Kelly
          T. Scott Kelly (ASB-0345-050K)
          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
          One Federal Place, Suite 1000
          1819 5th Avenue North
          Birmingham, AL 35203-2118
          Telephone: (205) 328-1900
          Facsimile:  (205) 328-6000
          E-mail: Scott.Kelly@odnss.com

          ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of November, 2006, I electronically filed the foregoing

Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following: Cynthia Forman Wilkinson, Esq.

<u>s/ T. Scott Kelly</u>
T. Scott Kelly (ASB-0345-050K)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: Scott.Kelly@odnss.com

ATTORNEYS FOR DEFENDANT