IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRADY CLIFFORD SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION NO.:<br><br>2:06-cv-745-WKW-CSC |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Hyundai Motor Manufacturing Alabama, LLC is a single member limited liability company. Its single member is Hyundai Motor America, whose parent company is Hyundai Motor Company, Ltd, which is traded on the Korean Stock Exchange.

Respectfully submitted this 9th day of March, 2007.

/s/ T. Scott Kelly
J. Trent Scofield (ASB-1191-E67J)
Sandra B. Reiss (ASB-3650-S80S)
T. Scott Kelly (ASB-0345-O50K)

**OGLETREE, DEAKINS, NASH,**

1

          **SMOAK & STEWART, P.C.**
          One Federal Place, Suite 1000
          1819 Fifth Avenue North
          Birmingham, AL 35203
          Telephone:  (205) 328-1900
          Facsimile:  (205) 328-6000
          scott.kelly@odnss.com

          Attorneys for Defendant Hyundai Motor
          Manufacturing Alabama, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of March, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Cynthia Forman Wilkinson and Scott Harwell.

          /s/ T. Scott Kelly
          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.
          One Federal Place, Suite 1000
          1819 Fifth Avenue North
          Birmingham, Alabama 35203
          Telephone: (205)328-1900
          Facsimile: (205)328-6000
          scott.kelly@odnss.com

4699356.1