IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRADY CLIFFORD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | |
| ) | 2:06-cv-745-WKW-CSC |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the plaintiff, Grady Clifford Smith, and defendant, Hyundai Motor Manufacturing Alabama, LLC, and jointly move that this action against defendant be dismissed, with prejudice, each party to bear its own costs and fees.

Respectfully submitted this the 24th day of July, 2007.

_____
Cynthia Forman Wilkinson, Esq.
Wilkinson Law Firm, P.C.
215 Richard Arrington Jr., Blvd. N.
Suite 811
Birmingham, AL 35203

Scott Harwell, Esq.
P.O. Box 380966
Birmingham, AL 35238
Attorneys for Plaintiff

_____
J. Trent Scofield
Sandra B. Reiss
T. Scott Kelly
OGLETREE, DEAKINS, NASH
 SMOAK & STEWART, PC
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Attorneys for Defendant

5091864.1